# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY SIMS

NO. 2024 KW 0273

**JULY 1, 2024**

---

In Re:    Jeremy Sims, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 618377.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.** This application appears to be filed in this court in the first instance. A motion or pleading must be filed with the district court prior to filing an application for supervisory writs.

                    **MRT**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT